1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2797




FILED
AUG 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No. CR S 2:12-0294 MCE
                                    )
            Plaintiff,              ) APPLICATION TO UNSEAL ARREST
                                    ) WARRANT, INDICTMENT, PETITION TO
      v.                            ) SEAL, ORDER AND SEALING ORDER;
                                    ) [PROPOSED] ORDER
BART WAYNE VOLEN                    )
GREGORY SCOTT BAKER, and            )
DARRELL PATRICK HINZ,               )
                                    )
                                    )
            Defendants.             )
_____)

APPLICATION

On August 9, 2012, this Court issued three arrest warrants, a petition to seal, order, and sealing order for the captioned matter. The court sealed these documents as well as the indictment in this case. Since defendant Bart Wayne Volen has been arrested it is no longer necessary for the case to be sealed.

///

1  The Government respectfully requests that the arrest warrants,
2  indictment, petition to seal, order, sealing order, and any other
3  documents sealed pursuant to the Court's August 9, 2012, order be
4  unsealed.

7  DATED: August 17, 2012

                                             Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                              By: _____
                                           MICHAEL M. BECKWITH
                                           Assistant U.S. Attorney

**ORDER**

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrants, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's August 9, 2012, order for the captioned matter be UNSEALED.

Date: August 17, 2012

GREGORY G. HOLLOWS
United States Magistrate

3