UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cv-00705-MCE-DAD |
| Plaintiff, | Related Cases: |
| v. | No. 2:12-cv-00706-MCE-DAD<br>No. 2:12-cv-01631-MCE-DAD |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, et al., | No. 2:12-cv-01632-MCE-DAD |
| | **RELATED CASE ORDER** |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00294-MCE |
| Plaintiff, | |
| v. | |
| BART WAYNE VOLEN, GREGORY SCOTT BAKER and DARRELL PATRICK HINZ, | |
| Defendants. | |

The Court has received the Notice of Related Case filed on August 17, 2012.

///

///

1

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE